IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL OTIS ROBERTSON                                          PLAINTIFF
#106563

v.                         No: 4:21-cv-1066-DPM

TURN KEY MEDICAL; GLESSON, Nurse,
Pulaski County Detention Facility;
DOES, "Doctor Robert"; "Nurse Katy"
Pulaski County Detention Facility;
ERIC S. HIGGINS, Sheriff, Pulaski
County Detention Facility                                       DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Kearney's unopposed recommendation, *Doc. 12*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). The Court has also reviewed Robertson's post-recommendation proposed amended complaint, *Doc. 20*. It likewise fails to state a claim on which relief may be granted. Motions, *Doc. 19 & Doc. 23*, denied as moot. Robertson's amended complaint will be dismissed without prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2022