IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL OTIS ROBERTSON #106563   PLAINTIFF

v.   No: 4:21-cv-1066-DPM

TURN KEY MEDICAL; GLESSON, Nurse,
Pulaski County Detention Facility;
DOES, "Doctor Robert"; "Nurse Katy"
Pulaski County Detention Facility;
ERIC S. HIGGINS, Sheriff, Pulaski
County Detention Facility   DEFENDANTS

## JUDGMENT

Robertson's amended complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 January 2022