IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL OTIS ROBERTSON #106563     PLAINTIFF

v.     No: 4:21-cv-1066-DPM

TURN KEY MEDICAL; GLESSON, Nurse,
Pulaski County Detention Facility;
DOES, "Doctor Robert"; "Nurse Katy"
Pulaski County Detention Facility;
ERIC S. HIGGINS, Sheriff, Pulaski
County Detention Facility     DEFENDANTS

## ORDER

Motion for status, *Doc. 38*, granted. The Court directs the Clerk to mail Robertson a docket sheet as well as a copy of *Doc. 36*.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 April 2022